# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | 2:19-CR-0059-NT |
| | ) | |
| **STEPHEN KISSH,** | ) | |

## STEPHEN KISSH'S MOTION FOR DEPARTURE AND/OR VARIANT SENTENCE

     NOW COMES Stephen Kissh, by and through undersigned counsel, and hereby respectfully requests that this Honorable Court grant a departure and/or variance based upon the statutory factors set out at 18 U.S.C. § 3553(a), and impose a non-guideline sentence. In support of this motion, Mr. Kissh offers the following:

1) This matter is scheduled for a Sentencing Hearing on August 3, 2020.

2) Mr. Kissh pleaded guilty on to Possession with Intent to Distribute Fentanyl and Cocaine on January 27, 2020.

3) There is no plea agreement in this matter.

4) The Amended PSR references a Guideline Range of 46-57 months.

5) Pursuant to 18 U.S.C. § 3553(a), Mr. Kissh asks the Court to consider the basis for a departure and/or variance as detailed in the Sentencing Memorandum filed contemporaneously with this Motion.

1

Respectfully submitted,

/s/ David J. Bobrow, Esq.
Attorney for Stephen Kissh
BEDARD AND BOBROW, PC
9 Bradstreet Lane
P.O. Box 366
Eliot, ME 03903
207.439.4502
djblaw@bedardbobrow.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | 2:19-CR-0059-NT |
| | ) | |
| **STEPHEN KISSH,** | ) | |

## CERTIFICATE OF SERVICE

    I, David J. Bobrow, Esq., hereby certify that I have caused to be served via ECF Stephen Kissh's Motion for a Departure and/or Variance on the following individuals:

1. Nicholas Scott, Esq. at <Nicholas.Scott@usdoj.gov>;

1. All other attorneys of record in this matter.

    Dated this 28th day of July 2020 at Portland, Maine.

                                                      Respectfully submitted,

                                                      /s/ David J. Bobrow, Esq.
                                                      Attorney for Stephen Kissh
                                                      BEDARD AND BOBROW, PC
                                                      9 Bradstreet Lane
                                                      P.O. Box 366
                                                      Eliot, ME 03903
                                                      207.439.4502
                                                      djblaw@bedardbobrow.com